# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| ANTHONY HARRISON, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 19-51814-LRC |
| | : | |

## MOTION FOR ENTRY OF BRIDGE ORDER EXTENDING AUTOMATIC STAY

COMES NOW Debtor, ANTHONY HARRISON, and asks this Court to enter a bridge order extending the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case against all Creditors until hearing on the Motion to Extend Stay scheduled for March 5, 2019 can be conducted and shows the Court the following:

1.

On February 2, 2019, Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

On February 14, 2019, Debtor filed a Motion to Extend Automatic Stay (Doc. No. 15) (the "Stay Motion"). Hearing on the Stay Motion has been set for March 5, 2019.

3.

Debtor has filed a previous Chapter 13 bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3). Case No. 17-55705-LRC was filed on March 29, 2017 (the "First Case") and dismissed on December 21, 2018.

4.

11 U.S.C. Section 362(c)(3) provides that (i) the automatic stay terminates on the thirtieth (30th) day after the filing of a second case if another case was pending within the year prior to the filing of the second case and was dismissed and (ii) any motion by a party in interest to extend the automatic stay beyond the thirty (30) days must have a completed hearing on the motion to extend stay before the expiration of the thirty (30) day period after filing.

3.

Debtor's case was filed on February 2, 2019 and pursuant to 11 U.S.C. Section 362(c)(3) a hearing on the Stay Motion would need to be completed by March 2, 2019 (the thirtieth (30th) day after the filing of the instant case) in order to extend the automatic stay. Hearing on the Stay Motion is set for March 5, 2019 which is three (3) days beyond the expiration of the automatic stay on the thirtieth (30th) day after the filing of the instant case.

4.

Debtor filed the instant case to prevent repossession of his vehicle and to address his other personal debts. Extending the automatic stay will help Debtor prevent a repossession of his vehicle and allow him to address his other personal debts as well.

5.

Debtor has filed the instant case in good faith. Debtor asks the Court to enter a bridge order extending the automatic stay from the thirtieth (30th) day after the filing of the instant case until the hearing on the Stay Motion can be conducted on March 5, 2019.

WHEREFORE, Debtor prays that this motion be granted and that the automatic stay of 11 U.S.C. Section 362(a) be extended against all creditors for the time period as set forth above.

Dated this 14th day of February, 2019.

                                        Respectfully Submitted,
                                        ___/s/_____
                                        Howard Slomka, Esq.
                                        Georgia Bar # 652875
                                        Slipakoff & Slomka, PC
                                        Attorney for Debtor
                                        2859 Paces Ferry Rd, SE
                                        Suite 1700
                                        Atlanta, GA 30339

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-51814-LRC |
| | ) | |
| ANTHONY HARRISON, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Melissa Davey (served via ECF)
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Anthony Harrison
617 Falcons Ridge
McDonough, Georgia 30253-7753


GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
1800 CENTURY BLVD. NE, SUITE 9100
ATLANTA, GEORGIA 30345-3205
ATTN: D KOLBERG

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
401 W PEACHTREE ST, NW
RM 1665, M/S 334-D
ATLANTA GA 30308-3539
ATTN: Robin Harris

Georgia Department of Revenue
Compliance Division, ARCS
1800 Century Blvd, NE
Suite 9100
Atlanta, Georgia 30345-3202

Georgia Department of Revenue
Bankruptcy Division
P.O. Box 161108
Atlanta, Georgia 30321

Verizon by American InfoSource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Verizon by American InfoSource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
Attn: Ashley Boswell

Navient Solutions, LLC. On behalf of
The Department of Education
PO Box 9635
Wilkes-Barre, PA 18773-9635

Navient Solutions, LLC. On behalf of
The Department of Education
220 Lasley Avenue
Wilkes-Barre, PA 18706
Attn: Brenda Golembeski

1st Choice Credit Union
C/o Thompson O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georiga 30092-2924

Emerginet-SRMC
Kevin B. Wilson Law Offices
2810 Walker Road Ste 102
Chattanooga, TN 37421

Emerginet-SRMC
Kevin B. Wilson Law Offices
2810 Walker Road Ste 102
Chattanooga, TN 37421
Attn: Thelma R. Hall

Calvary SPV I, LLC as assignee of Drive Time
500 Summitt Lake Drive, Ste. 400
Valhall, NY 10595
Attn: Cheryl Guziczek

Calvary SPV I, LLC
P.O. Box 27288
Tempe, AZ 85282

First Financial Investment Fund Holdings, LLC
Jefferson Capital Systems, LLC Assignee
Jefferson Capital Systems
P.O. Box 7999
St, Cloud, MN 56302-9617
Attn: Kelly Lukason

Jefferson Capital Systems, LLC
P.O. Box 772813
Chicago, IL 60677-2813

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541
Attn: Jasmyne C. Spivey

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

USAA Savings Bank
C/O Weinstein & Riley, PS
2001 Western Avenue, Ste. 400
Seattle, WA 98121
Representative: Devon Gray, Supervisor

USAA Savings Bank
C/O Weinstein & Riley, PS
P.O. Box 3978
Seattle, WA 98124-3978

1st Choice Credit Union
315 Auburn Ave NE
Atlanta, Georgia 30303

Georgia Department of Revenue
Bankruptcy Division
P.O. Box 161108
Atlanta, Georgia 30321

Georgia Department of Revenue
Compliance Division, ARCS-Bankruptcy
1800 Century Blvd, NE
Suite 9100
Atlanta, Georgia 30345-3202

Howard P. Slomka
Slipakoff & Slomka, P.C.
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339

1st Choice Credit Union
C/o Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Peachtree Corners, Georgia 30092

SEE ATTACHED FOR ADDITIONAL CREDITORS


Dated: February 14, 2019

/s/
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          1st Choice Credit Unio              1st Choice Credit Union
113E-1                                   315 Auburn Ave Ne                   c/o THOMPSON, O'BRIEN, KEMP & NASUTI, P.
Case 19-51814-lrc                        Atlanta, GA 30303-2603              40 Technology Parkway South, Suite 300
Northern District of Georgia                                                 Peachtree Corners, Georgia 30092-2924
Atlanta
Wed Feb 13 15:56:17 EST 2019

Calvary Portfolio Service                Cavalry SPV I, LLC                  Melissa J. Davey
PO Box 27288                             500 Summit Lake Drive, Ste 400      Melissa J. Davey, Standing Ch 13 Trustee
Tempe, AZ 85285-7288                     Valhalla, NY 10595-2321             Suite 200
                                                                             260 Peachtree Street, NW
                                                                             Atlanta, GA 30303-1236

Dept Of Ed/navient                       (p)GEORGIA DEPARTMENT OF REVENUE    Anthony Harrison
Po Box 9635                              COMPLIANCE DIVISION                 617 Falcons Ridge
Wilkes Barre, PA 18773-9635              ARCS BANKRUPTCY                     McDonough, GA 30253-7753
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202

I C System Inc                           Internal Revenue Service            Albert F. Nasuti
Po Box 64378                             PO Box 7346                         Thompson, O'Brien, Kemp & Nasuti, PC
Saint Paul, MN 55164-0378                Philadelphia, PA 19101-7346         Suite 300
                                                                             40 Technology Parkway South
                                                                             Peachtree Corners, GA 30092-2924

Navient Solutions Inc                    North Amercn                        Portfolio Recovery Ass
Po Box 9500                              2810 Walker Rd                      287 Independence
Wilkes Barre, PA 18773-9500              Chattanooga, TN 37421-1082          Virginia Beach, VA 23462-2962

Howard P. Slomka                         United States Attorney              Usaa Savings Bank
Slipakoff & Slomka, PC                   Northern District of Georgia        Po Box 47504
Overlook III - Suite 1700                75 Ted Turner Drive SW, Suite 600   San Antonio, TX 78265
2859 Paces Ferry Rd, SE                  Atlanta GA 30303-3309
Atlanta, GA 30339-6213
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)1st CHOICE CREDIT UNION               End of Label Matrix
                                         Mailable recipients    17
                                         Bypassed recipients     1
                                         Total                  18
```